## 10688. TATE *v.* THE STATE.

BROYLES, C. J. 1. A motion to quash an accusation is merely a demurrer to the accusation. *Thomasson* v. *State*, 22 *Ga.* 499.

2. An accusation is not demurrable for any matter dehors the pleadings and the record. *Jackson* v. *State*, 64 *Ga.* 344.

3. Under the above rulings the court did not err in striking the motion to quash the accusation.

      *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

      DECIDED OCTOBER 14, 1919.

Accusation of misdemeanor; from city court of Macon—Judge Guerry. June 10, 1919.

*Wallace Miller,* for plaintiff in error.

*Will Gunn, solicitor,* contra.